

<u>SUMMARY DISPOSITION ORDER</u>

Reversed.

<u>SUMMARY DISPOSITION ORDER</u>

Vacated and remanded.

■

■

388 P.3d 902

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Louis L. PALAMA, Defendant-Appellant**

**NO. CAAP-15-0000914**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 22, 2016

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT (CASE NO. 5DTC-15-000300)

388 P.3d 902

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Sequioa FINE, Defendant-Appellant**

**NO. CAAP-15-0000937**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 25, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-CR. NO. 15-1-1780)

<u>SUMMARY DISPOSITION ORDER</u>

Affirmed.

<u>SUMMARY DISPOSITION ORDER</u>

Vacate. Remand.

■

388 P.3d 902

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Christina DOO, Defendant-Appellant**

**NO. CAAP-15-0000449**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 23, 2016.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT (CASE NO. 1DTA-15-01061)

■

388 P.3d 902

**Edelmira SALAYES-ARAIZA, Petitioner-Appellant,**

v.

**STATE of Hawai'i, Respondent-Appellee**

**NO. CAAP-15-0000934**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 28, 2016.

As Amended December 29, 2016

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (S.P.P. NO. 15-1-0007(1) (CR. NO. 14-1-0162(1)))